AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Carlos Brito

*Plaintiff(s)*

v.

HIALEAH FEE COMMONS, LTD.; WESTLAND COMMONS LTD.; JAE MIAMI DADE, LLC; WINN-DIXIE STORES, INC..; and STAPLES THE OFFICE SUPERSTORE, LLC

*Defendant(s)*

Civil Action No. 20-cv-24490-DLG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HIALEAH FEE COMMONS, LTD
c/o Ratner, Charles, Its Registered Agent
605 Lincoln Road
Suite 210
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony J. Perez, ESQ.
C/O Garcia-Menocal & Perez, P.L.
4937 SW 74th CT, Miami, Florida 33155
305-553-3464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




Angela E. Noble
Clerk of Court

SUMMONS

Date: Nov 2, 2020

s/ Johanna Borges

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Carlos Brito

*Plaintiff(s)*

v.

HIALEAH FEE COMMONS, LTD.; WESTLAND COMMONS LTD.; JAE MIAMI DADE, LLC; WINN-DIXIE STORES, INC..; and STAPLES THE OFFICE SUPERSTORE, LLC

*Defendant(s)*

Civil Action No. 20-cv-24490-DLG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WESTLAND COMMONS LTD
c/o Ratner, Charles, Its Registered Agent
605 Lincoln Road
Suite 210
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony J. Perez, ESQ.
C/O Garcia-Menocal & Perez, P.L.
4937 SW 74th CT, Miami, Florida 33155
305-553-3464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




Angela E. Noble
Clerk of Court

SUMMONS

s/ Johanna Borges

Deputy Clerk
U.S. District Courts

Date: Nov 2, 2020

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Carlos Brito

*Plaintiff(s)*

v.

HIALEAH FEE COMMONS, LTD.; WESTLAND COMMONS LTD.; JAE MIAMI DADE, LLC; WINN-DIXIE STORES, INC..; and STAPLES THE OFFICE SUPERSTORE, LLC

*Defendant(s)*

Civil Action No. 20-cv-24490-DLG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JAE MIAMI DADE, LLC
c/o PIANIN, RANDY, Its Registered Agent
1100 PARK CENTRAL BLVD S.,
STE 3300
POMPANO BEACH, FL 33064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony J. Perez, ESQ.
C/O Garcia-Menocal & Perez, P.L.
4937 SW 74th CT, Miami, Florida 33155
305-553-3464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 2, 2020




Angela E. Noble
Clerk of Court

SUMMONS

*s/ Johanna Borges*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Carlos Brito

*Plaintiff(s)*

v.

HIALEAH FEE COMMONS, LTD.; WESTLAND COMMONS LTD.; JAE MIAMI DADE, LLC; WINN-DIXIE STORES, INC..; and STAPLES THE OFFICE SUPERSTORE, LLC

*Defendant(s)*

Civil Action No. 20-cv-24490-DLG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WINN-DIXIE STORES, INC
c/o Corporation Service Company, Its Registered Agent
1201 Hays St
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony J. Perez, ESQ.
C/O Garcia-Menocal & Perez, P.L.
4937 SW 74th CT, Miami, Florida 33155
305-553-3464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 2, 2020




Angela E. Noble
Clerk of Court

SUMMONS

s/ Johanna Borges

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Carlos Brito

*Plaintiff(s)*

v.

HIALEAH FEE COMMONS, LTD.; WESTLAND COMMONS LTD.; JAE MIAMI DADE, LLC; WINN-DIXIE STORES, INC..; and STAPLES THE OFFICE SUPERSTORE, LLC

*Defendant(s)*

Civil Action No. 20-cv-24490-DLG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* STAPLES THE OFFICE SUPERSTORE, LLC
c/o Corporation Service Company, Its Registered Agent
1201 Hays St
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony J. Perez, ESQ.
C/O Garcia-Menocal & Perez, P.L.
4937 SW 74th CT, Miami, Florida 33155
305-553-3464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Nov 2, 2020

*s/ Johanna Borges*

Deputy Clerk
U.S. District Courts