**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 20-24490-CIV-GRAHAM/MCALILEY

CARLOS BRITO,

    Plaintiff,

v.

HIALEAH FEE COMMONS, LTD.;
WESTLAND COMMONS LTD.; JAE
MIAMI DADE, LLC; WINN-DIXIE
STORES, INC..; and STAPLES THE
OFFICE SUPERSTORE, LLC,

    Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, CARLOS BRITO, and Defendant, STAPLES THE OFFICE SUPERSTORE, LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 45 days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines as to Defendant, STAPLES THE OFFICE SUPERSTORE, LLC.

Respectfully submitted this 25th, day of November, 2020.

| | |
|---|---|
| */s/ Anthony J. Perez* | /s/ *Kevin M. Young* |
| ANTHONY J. PEREZ | KEVIN M. YOUNG |
| Florida Bar No.: 535451 | Florida Bar No.: 114151 |
| GARCIA-MENOCAL & PEREZ, P.L. | SEYFARTH SHAW LLP |
| 4937 S.W. 74th Court, Unit #3 | 1075 Peachtree Street, N.E., Suite 2500 |
| Miami, FL 33155 | Atlanta, Georgia 30309-3958 |
| Telephone: (305) 553- 3464 | Telephone: (404) 885-1500 |
| Facsimile: (305)553-3031 | Email: kyoung@seyfarth.com |
| Primary Email: ajperez@lawgmp.com | *Attorney for Defendant, Staples The Office* |
| *Attorney for Plaintiff* | *Superstore LLC* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this 25th, day of November 2020.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@gmplaw.com
Secondary E-Mail: aquezada@lawgmp.com;
bvirues@lawgmp.com; crodriguez@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ