UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-24490-CIV-GRAHAM/MCALILEY

CARLOS BRITO,

    Plaintiff,

v.

HIALEAH FEE COMMONS, LTD.;
WESTLAND COMMONS LTD.; JAE
MIAMI DADE, LLC; WINN-DIXIE
STORES, INC..; and STAPLES THE
OFFICE SUPERSTORE, LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and Defendant, JAE MIAMI DADE, LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 45 days from the date of this Notice.  Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines as to Defendant, JAE MIAMI DADE, LLC.

Respectfully submitted this 8th, day of December, 2020.

| | |
|---|---|
| */s/ Anthony J. Perez* | /s/ *Joseph R. Ruiz* |
| ANTHONY J. PEREZ | JOSEPH R. RUIZ |
| Florida Bar No.: 535451 | Florida Bar No.: 65732 |
| GARCIA-MENOCAL & PEREZ, P.L. | ZUMPANO CASTRO, LLC |
| 4937 S.W. 74th Court, Unit #3 | 500 South Dixie Highway, Suite 302 |
| Miami, FL 33155 | Coral Gables, Florida 33146 |
| Telephone: (305) 553- 3464 | Telephone: (305) 503-2990 |
| Facsimile: (305)553-3031 | Email: joseph.ruiz@zumpanocastro.com |
| Primary Email: ajperez@lawgmp.com | *Attorney for Defendant, JAE Miami Dade, LLC* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this 8th, day of December 2020.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        4937 S.W. 74th Court, No. 3
        Miami, FL 33155
        Telephone: (305) 553-3464
        Facsimile: (305) 553-3031
        Primary E-Mail: ajperez@gmplaw.com
        Secondary E-Mail: aquezada@lawgmp.com;
        bvirues@lawgmp.com; crodriguez@lawgmp.com

        By: */s/ Anthony J. Perez*
            ANTHONY J. PEREZ