**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-cv-24490-GRAHAM/MCALILEY

CARLOS BRITO,

Plaintiff,

v.

HIALEAH FEE COMMONS, LTD.; WESTLAND
COMMONS, LTD.; JAE MIAMI DADE LLC;
WINN-DIXIE STORES, INC.; and
STAPLES THE OFFICE SUPERSTORE, LLC,

Defendants.
_____/

**NOTICE OF COURT PRACTICE UPON A NOTICE OF SETTLEMENT**

**THIS CAUSE** comes before the Court upon Defendant Jae Miami Dade, LLC and Plaintiff's Joint Notice of Settlement [D.E. 12]. Based thereon

**THE PARTIES** are hereby notified that, within thirty (30) days from the entry of this Order, the Parties must file a Stipulation of Dismissal, Settlement Agreement, or any other pertinent documents necessary to conclude this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of December, 2020.

                                                  s/ Donald L. Graham
                                                  DONALD L. GRAHAM
                                                  UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record