UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-24490-CIV-GRAHAM/MCALILEY

CARLOS BRITO,

    Plaintiff,

v.

HIALEAH FEE COMMONS, LTD.; WESTLAND COMMONS LTD.; JAE MIAMI DADE, LLC; WINN-DIXIE STORES, INC..; and STAPLES THE OFFICE SUPERSTORE, LLC,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT, STAPLES THE OFFICE SUPERSTORE, LLC

Plaintiff, CARLOS BRITO, and Defendant, STAPLES THE OFFICE SUPERSTORE, LLC having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this matter with prejudice.

Dated: December 30, 2020.

| | |
|---|---|
| */s/ Anthony J. Perez* | /s/ *Kevin M. Young* |
| ANTHONY J. PEREZ | KEVIN M. YOUNG |
| Florida Bar No.: 535451 | Florida Bar No.: 114151 |
| GARCIA-MENOCAL & PEREZ, P.L. | SEYFARTH SHAW LLP |
| 4937 S.W. 74th Court, Unit #3 | 1075 Peachtree Street, N.E., Suite 2500 |
| Miami, FL 33155 | Atlanta, Georgia 30309-3958 |
| Telephone: (305) 553- 3464 | Telephone: (404) 885-1500 |
| Facsimile: (305)553-3031 | Email: kyoung@seyfarth.com |
| Primary Email: ajperez@lawgmp.com | *Attorney for Defendant, Staples The Office Superstore LLC* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this 30th day of December 2020.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@gmplaw.com
Secondary E-Mail: aquezada@lawgmp.com;
bvirues@lawgmp.com; crodriguez@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ