UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-24490-CIV-GRAHAM/MCALILEY

CARLOS BRITO,

    Plaintiff,

v.

HIALEAH FEE COMMONS, LTD.;
WESTLAND COMMONS LTD.; JAE
MIAMI DADE, LLC; WINN-DIXIE
STORES, INC..; and STAPLES THE
OFFICE SUPERSTORE, LLC,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS BRITO ("Plaintiff") and Defendant, JAE MIAMI DADE, LLC. ("JAE Miami"), (collectively the "Parties"), hereby stipulate that: (1) the Parties have settled all claims against JAE Miami and all claims in Count II of the Complaint; (2) Plaintiff voluntarily dismisses Count II of the Complaint in this action in its entirety with prejudice as to JAE Miami; (3) Plaintiff voluntarily dismisses JAE Miami as a defendant in this matter with prejudice; and (4) the Parties shall bear their own attorneys' fees, costs, and expenses except as otherwise provided for in the Parties' Settlement Agreement.

Dated: February 3rd, 2021

Respectfully submitted,

| | |
|---|---|
| /s/Anthony J. Perez | /s/ Joseph R. Ruiz |
| ANTHONY J. PEREZ | JOSEPH R. RUIZ |
| Florida Bar No. 535451 | Florida Bar No. 65732 |
| E-mail: ajperez@lawgmp.com | ZUMPANO CASTRO, LLC |
| Beverly Virues, Esq. | 500 South Dixie Highway, Suite 302 |
| Florida Bar No. 123713 | Coral Gables, Florida 33146 |
| E-mail: bvirues@lawgmp.com | Telephone: (305) 503-2990 |
| Secondary Email: aquezada@lawgmp.com | Email: joseph.ruiz@zumpanocastro.com |
| GARCIA-MENOCAL & PEREZ, P.L. | *Counsel for Defendant, JAE Miami Dade, LLC* |
| 4937 S.W. 74TH Court | |
| Miami, Florida 33155 | |
| Telephone: 305-553-3464 | |

CASE NO.: 1:20-CV-24490- GRAHAM/MCALILEY

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of February 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

            */s/ Anthony J. Perez*
            Anthony J. Perez, Esq.