```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                    Case No. 20-cv-24490-GRAHAM
```

CARLOS BRITO,

    Plaintiff,

    v.

JAE MIAMI DADE, LLC,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff and Defendant Jae Miami Dade, LLC's Joint Stipulation of Dismissal with Prejudice. [D.E. 26].

**THE COURT** has considered the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's claims against Defendant Jae Miami Dade, LLC are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorney's fees.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of February, 2021.

                                                  s/Donald L. Graham_____
                                                  DONALD L. GRAHAM
                                                  UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record