UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-24490-CIV-GRAHAM/MCALILEY

CARLOS BRITO,

    Plaintiff,

v.

HIALEAH FEE COMMONS, LTD.;
WESTLAND COMMONS LTD.; JAE
MIAMI DADE, LLC; WINN-DIXIE
STORES, INC..; and STAPLES THE
OFFICE SUPERSTORE, LLC,

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, CARLOS BRITO ("Plaintiff") and Defendant, HIALEAH FEE COMMONS, LTD., (collectively the "Parties"), hereby stipulate that: (1) the Parties have settled all claims against HIALEAH FEE COMMONS, LTD. pled in the Complaint; (2) Plaintiff voluntarily dismisses the Complaint in this action in its entirety with prejudice as to HIALEAH FEE COMMONS, LTD.; (3) No other Defendants remain in this Action, as all claims have been globally resolved against each of them; and (4) the Parties shall bear their own attorneys' fees, costs, and expenses except as otherwise provided for in the Parties' Settlement Agreement.

Dated: December 27th, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Mark A. Goldstein* |
| Anthony J. Perez, ESQ. | MARK A. GOLDSTEIN, ESQ. |
| Florida Bar No.: 535451 | Florida Bar No. 882186 |
| Garcia-Menocal & Perez, P.L. | 1835 NE Miami Gardens Drive, Suite 211 |
| 4937 S.W. 74th Court | Miami, Florida 33179 |
| Miami, FL 33155 | Phone: (305) 342-4839 |
| Telephone: (305) 553- 3464 | Email: markgoldsteinattorney@gmail.com |
| Email:  ajperez@lawgmp.com | *Counsel for Defendant Hialeah Fee Commons LTD.* |
| *Attorney for Plaintiff Carlos Brito* | |

CASE NO.: 1:20-CV-24490- GRAHAM/MCALILEY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of December 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Anthony J. Perez*
Anthony J. Perez, Esq.
